UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND MORRIS,

    Petitioner,

-vs-                                                    Case No. 6:11-cv-924-Orl-28GJK

SECRETARY, DEPARTMENT OF STATE, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| MOTION: | PETITIONER'S MOTION TO DISMISS RESPONDENTS' AMENDED RESPONSE (Doc. No. 19) |
| FILED: | April 30, 2012 |
| THEREON it is **ORDERED** that the motion is **DENIED**. | |

**DONE AND ORDERED** in Chambers in Orlando, Florida, this 1st day of May, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 5/1
Counsel of Record
Raymond Morris