UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND MORRIS,

    Petitioner,

-vs-　　　　　　　　　　　　　　　　　　　　　　　Case No. 6:11-cv-924-Orl-28GJK

SECRETARY, DEPARTMENT OF STATE, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| MOTION: | PETITIONER'S MOTION FOR RECONSIDERATION (Doc. No. 24) |
| FILED: | JUNE 27, 2012 |

**THEREON** it is **ORDERED** that the motion is **DENIED**. Petitioner has failed to demonstrate any basis for reconsideration of the Court's Order of June 4, 2012 (Doc. No. 22).

**DONE AND ORDERED** in Chambers in Orlando, Florida, this __29__ day of June, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 5/1
Counsel of Record
Raymond Morris